UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-2311 |
| | Honorable Marianne O. Battani |
| **In Re: SWITCHES** | 2:13-cv-01302-MOB-MKM |
| **THIS RELATES TO:** **DEALERSHIP CASES** | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William V. Reiss of Robins, Kaplan, Miller and Ciresi L.L.P. hereby enters an appearance on behalf of End-Payor Plaintiffs in the above-captioned case, in accordance with the Corrected Electronic Case Management Protocol Order (MDL Dkt No. 518).

Dated: March 7, 2014         By:   */s/ William V. Reiss*
William V. Reiss
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
601 Lexington Avenue
Suite 3400
New York, NY 10022
Tel: 212-980-7400
Fax: 212-980-7499
Email: wvreiss@rkmc.com

*Attorney for End-Payor Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2014, the foregoing Notice of Appearance was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: March 7, 2014                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                    By:    */s/ William V. Reiss*